IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES J. DIGIULIO, </br></br>       Petitioner, </br></br> v. </br></br> MICHAEL J. ASTRUE, Commissioner, </br> Social Security Administration, </br></br>       Respondent. | Case No. CV 08-86-N-MHW </br></br> **Judgment** |

On March 25, 2009, the Court entered a Memorandum Decision and Order which affirmed the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act.  Pursuant to that Order, Judgment is hereby entered in favor of the Respondent and the case is dismissed with prejudice.

DATED: March 25, 2009

_____
Honorable Mikel H. Williams
Chief United States Magistrate Judge

**Judgment - 1**